IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY M. HELFERTY,  :  Plaintiff,  :   :  v.  :   :  ROBERT MASTNJAK, *et al.*,  :  Defendants.  : | CIVIL ACTION NO. 24-CV-2269 |

### ORDER

**AND NOW**, this 6th day of August, 2025, upon consideration of the Motion of Defendants, Robert Mastnjak, George Roberts and Howard Holland for Summary Judgment or, in the alternative for Judgment on the Pleadings (ECF No. 30), and Plaintiff's Affidavit in Opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED** for the reasons set forth in the accompanying Memorandum Opinion, and Judgment on the Pleadings and Judgment in favor of Defendants as a matter of law is **ENTERED** in Defendants' favor on all of the claims asserted against them by Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff's Petitions for Preliminary Injunctions (ECF Nos. 35, 45) are **DENIED AS MOOT.**

**IT IS STILL FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg,      J.**